

# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

**NO. 02-11-00086-CV**

IN THE INTEREST OF A.D.A., A
CHILD

------------

FROM COUNTY COURT AT LAW NO. 2 OF WICHITA COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

Appellant filed a timely notice of appeal from the trial court's February 15, 2011 "Order Terminating Parental Rights."  The trial court subsequently granted appellant's motion for new trial on March 8, 2011, while it still had plenary jurisdiction over the case.  *See* Tex. R. Civ. P. 329b(e).

On March 10, 2011, we informed the parties that it appeared the trial court's granting of the motion for new trial rendered this appeal moot and that the appeal would be dismissed as moot unless, on or before March 21, 2011, any

---

[1]*See* Tex. R. App. P. 47.4.

party desiring to continue the appeal filed a response showing grounds for continuing the appeal. Appellant responded, agreeing that the appeal should be dismissed as moot.

Accordingly, on this court's own motion, we dismiss the appeal as moot. *See* Tex. R. App. P. 42.3(a), 43.2(f).

PER CURIAM

PANEL:  MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DELIVERED:  April 7, 2011